IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDREW A. AYERS, | § | |
| | § | No. 285, 2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1808019473 (S) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 22, 2021
Decided: April 30, 2021

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 30th day of April 2021, the Court has been advised that the appellant, Andrew A. Ayers, died on April 8, 2021. Under *Perry v. State*,[1] Ayers' death renders the pending appeal moot and divests this Court of jurisdiction to consider this matter further.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 29(b) and 31(c), that this appeal is DISMISSED as moot.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] 575 A.2d 1154, 1156 (Del. 1990).